November 30, 2007

Ms. Missy K. Atwood
Germer, Gertz, Beaman & Brown, L.L.P.
301 Congress Ave., Suite 1700
Austin, TX 78701

Mr. Charles J. Young
Richey & Young
4408 Spicewood Springs RD, Ste. 100
Austin, TX 78759
Ms. Terri S. Harris
Ewbank & Byrom, P.C.
221 West 6th Street, Suite 900
Austin, TX 78701

RE: Case Number: 06-0502
 Court of Appeals Number: 03-05-00317-CV
 Trial Court Number: GN 403290

Style: JAN N. OGLETREE, M.D. AND HEART HOSPITAL OF AUSTIN
 v.
 NANCY KAY MATTHEWS AND LUANN MATTHEWS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Diane O'Neal |
| |Ms. Amalia Rodriguez |
| |Mendoza |